456 A.2d 1104

Commonwealth v. Kelliher, Appellant.

Petition for Allowance of Appeal
Denied June 29, 1983.

Argued December 13, 1982. Paul W. Kilgore, for appellant; William L. Thurston, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, JOHNSON and POPOVICH, JJ.

Judgment of sentence affirmed.